# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| OSCAR M. MARTINEZ, | Civil No. 3:11-CV-05402-KLS |
|---|---|
| Plaintiff, | |
| vs. | ORDER OF REMAND |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties [ECF #17], it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings. On remand, the Administrative Law Judge shall re-evaluate the limitations stemming from Plaintiff's plantar fasciitis; re-evaluate the medical opinions, specifically that of Janis Lewis, Ph.D., regarding Plaintiff's ability to respond appropriately to, and tolerate the pressures and expectations of, a normal work setting; re-evaluate Plaintiff's credibility; and re-determine Plaintiff's residual functional capacity.

In addition, the ALJ shall offer Plaintiff the opportunity for a new hearing; to update the record; and to submit to a consultative mental status examination, with psychological testing, and a medical assessment of Plaintiff's ability to perform work-related functions. The Administrative Law Judge shall then re-evaluate whether the claimant can perform his past relevant work, and/or proceed to step five to determine whether the claimant can perform any other work, obtaining vocational expert testimony where necessary.

DATED this 5th day of October, 2011.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Willy M. Le
WILLY M. LE
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2680
Fax: (206) 615-2531
willy.le@ssa.gov