# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| OSCAR M. MARTINEZ, | Civil No. 3:11-CV-05402-KLS |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

It is hereby ORDERED and ADJUDGED that the above-captioned case be reversed and remanded for further administrative proceedings consistent with this Court's Order, dated October 5, 2011.

DATED this 5th day of October, 2011.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Page 1     JUDGMENT - [3:11-CV-05402-KLS]